IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN R. LOPEZ,

    Petitioner,                    No. 2:10-cv-0047 JAM JFM (HC)

  vs.

KATHLEEN L. DICKINSON, et al.,

    Respondents.               ORDER

_____/

        Petitioner has filed a motion to exceed page limits on his June 6, 2011 objections to the April 20, 2011 findings and recommendations recommending denial of his petition for writ of habeas corpus. Petitioner is advised that there are no page limitations for filing objections to findings and recommendations. Accordingly, IT IS HEREBY ORDERED that petitioner's motion is denied.

DATED: June 14, 2011.

                                          UNITED STATES MAGISTRATE JUDGE

/014;lope0047.jo