IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN R. LOPEZ,

        Petitioner,                  No. 2:10-cv-0047-JAM-JFM (HC)

        vs.

KATHLEEN L. DICKINSON,

        Respondent.              ORDER

                                    /

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 18, 2011, judgment was entered in this case following the Honorable John A. Mendez's adoption in full of the undersigned's findings and recommendations recommending that petitioner's application for a writ of habeas corpus be denied. Petitioner thereafter filed a notice of appeal and the instant motion to proceed in forma pauperis. Petitioner's motion was previously denied without prejudice for failure to submit a properly completed application to proceed in forma pauperis. Petitioner has submitted a second motion and a declaration in which he states that staff at California Medical Facility, where he is presently housed, refuse to certify his prison trust account statement. The court again finds the application to be deficient for failure to provide a certified copy of his trust account statement. The motion will, therefore, be denied without prejudice.

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Petitioner's October 13, 2011 motion is denied without prejudice;

2. Within fourteen days of the date of this order, the current Acting Warden of California Medical Facility, Vimal Singh, or the warden's designee, shall both inform the court why prison officials, if they have done so, have refused to provide the requisite certification for petitioner to submit a completed affidavit in support of his request to proceed in forma pauperis and a certified copy of his prison trust account for the six month period preceding the filing of his application and, in any event, must provide the requisite supporting documentation. See 28 U.S.C. § 1915(a)(2).

3. The Clerk of the Court is directed to serve this order on the current Acting Warden of California Medical Facility, Vimal Singh, at 1600 California Drive, P.S. Box 2000, Vacaville, CA 95696.

4. The Clerk of the Court is directed to once again send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: December 22, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;lope0047.ifp2