IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN R. LOPEZ,

        Petitioner,               No. 2:10-cv-0047-JAM-JFM (HC)

        vs.

KATHLEEN L. DICKINSON,

        Respondent.            <u>ORDER</u>

                                    /

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 6, 2010, petitioner filed a petition for writ of habeas corpus challenging a 2009 decision of the Board of Parole Hearings denying him parole. Petitioner's claims were premised on due process grounds, on the ground that California's 2008 enactment of Proposition 9, or "Marsy's Law," violates ex post facto principles, and on the ground that his period of incarceration is disproportionate to his individual culpability for the crime committed.

        On April 20, 2011, the undersigned issued findings and recommendations recommending that the petition be denied. The court did not address petitioner's ex post facto claim. On July 18, 2011, the Honorable John A. Mendez adopted the findings and recommendations in full and judgment was entered accordingly.

1

1       Petitioner appealed the denial of his petition, and on September 28, 2012, the
2 Ninth Circuit Court of Appeal remanded this matter to this court for the limited purpose of
3 considering the merits of petitioner's ex post facto claim.
4       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall reopen
5 this case.  The parties need not submit further briefing as the record is complete on petitioner's
6 ex post facto claim.  This matter is submitted on the record.
7 DATED: October 25, 2012.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

/014;lope0047.reopen